DSS:JJD/SDD/MPC
F.#2013R00227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MARCOS ALONSO ZEA,
    also known as "Ali Zea,"

          Defendant.

- - - - - - - - - - - - - - - - - - -X

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT CO⸱⸱⸱ ⸱⸱⸱ N.Y.

★ **OCT 17 2013** ★

**LONG ISLAND OFFICE**

I N D I C T M E N T

Cr. No. 13-072 (S-1)(ADS)
(T. 18, U.S.C., §§
956(a)(1), 956(a)(2),
1512(c)(1), 1512(c)(2),
2339A(a), 2339B(a)(1), 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Murder in a Foreign Country)

1.  On or about and between August 1, 2011 and January 21, 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MARCOS ALONSO ZEA, also known as "Ali Zea," together with others, did knowingly and intentionally conspire to commit one or more acts outside the United States that would constitute the offense of murder if committed in the special maritime and territorial jurisdiction of the United States, and one or more of the conspirators did commit one or more acts within the jurisdiction of the United States to effect an object of the conspiracy.

2.  In furtherance of the conspiracy and to effect its objects, the defendant MARCOS ALONSO ZEA, also known as "Ali

Zea," knowingly committed and caused to be committed, among others, the following:

### OVERT ACTS

a.   On or about December 15, 2011, within the Eastern District of New York, the defendant MARCOS ALONSO ZEA purchased an airline ticket to travel from John F. Kennedy Airport in Queens, New York to Aden, Yemen, with connecting flights in London, United Kingdom, Istanbul, Turkey and Amman, Jordan.

b.   On or about January 4, 2012, within the Eastern District of New York, the defendant MARCOS ALONSO ZEA boarded a flight at John F. Kennedy Airport in Queens, New York destined for London, United Kingdom.

c.   On or about January 18, 2013, within the Eastern District of New York, the defendant MARCOS ALONSO ZEA gave United States currency to John Doe #1 and John Doe #2, individuals whose identities are known to the Grand Jury.

(Title 18, United States Code, Sections 956(a)(1), 956(a)(2) and 3551 et seq.)

### COUNT TWO
(Attempt to Provide Material Support to Terrorists)

3.   On or about and between August 1, 2011 and January 21, 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MARCOS ALONSO ZEA,

2

also known as "Ali Zea," together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments and personnel, including himself, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offense of murder or maiming if committed in the special maritime and territorial jurisdiction of the United States, where one or more of the conspirators would commit an act within the jurisdiction of the United States to effect an object of the conspiracy, contrary to Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 et seq.)

## COUNT THREE
(Attempt to Provide Material Support to
a Foreign Terrorist Organization)

4.    On or about and between August 1, 2011 and January 21, 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MARCOS ALONSO ZEA, also known as "Ali Zea," together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including currency, monetary instruments and personnel, including himself, to

3

a foreign terrorist organization, to wit: al-Qaeda in the Arabian Peninsula, also known as Ansar al-Sharia.

(Title 18, United States Code, Sections 2339B(a)(1), 2 and 3551 et seq.)

COUNT FOUR
(Obstruction and Attempted Obstruction
of an Official Proceeding)

5.   In or about April 2013, within the Eastern District of New York, the defendant MARCOS ALONSO ZEA, also known as "Ali Zea," together with others, did knowingly, intentionally and corruptly: (a) alter, destroy, mutilate and conceal one or more records, documents and objects, to wit: a Corsair desktop computer with a Western Digital hard drive, serial number WCAW31028042, and an Intel hard drive, serial number LNEL111500CJ120CGN, and the files and images contained thereon, and attempt to do so, with the intent to impair such items' integrity and availability for use in an official proceeding, to wit: a proceeding before a federal grand jury in the Eastern District of New York relating to the commission and possible commission of one or more terrorism offenses, including the offenses charged in Counts One through Three (the "Grand Jury Terrorism Investigation"); and (b) obstruct, influence and impede an official

4

proceeding, to wit: the Grand Jury Terrorism Investigation, and attempt to do so.

(Title 18, United States Code, Sections 1512(c)(1), 1512(c)(2), 2 and 3551 et seq.)

## COUNT FIVE
### (Attempted Obstruction of an Official Proceeding)

6.    In or about and between April 2013 and May 2013, both dates being approximate and inclusive, within the Eastern District of New York, the defendant MARCOS ALONSO ZEA, also known as "Ali Zea," together with others, did knowingly, intentionally and corruptly: (a) attempt to alter, destroy, mutilate and conceal one or more records, documents and objects, to wit: a Seagate hard drive, serial number 3LJ2N5QJ, and a Western Digital hard drive, serial number WMAD1D216522, and the files and images contained thereon, with the intent to impair such items' integrity and availability for use in an official proceeding, to wit: the Grand Jury Terrorism

Investigation; and (b) attempt to obstruct, influence and impede an official proceeding, to wit: the Grand Jury Terrorism Investigation.

(Title 18, United States Code, Sections 1512(c)(1), 1512(c)(2), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

6

No._____ 13 CR 072 (S-2)(DS)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK
### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

MARCOS ALONSO ZEA,

Defendant(s).

## SUPERSEDING INDICTMENT

T. 18, U.S.C., §§ 956 (a)(1), 956 (a)(2), 1512 (c)(1), 1512 (c)(2),
2339A (a), 2339B (a)(1), 2 and 3551 et seq.

*A true bill.*

_____
*Foreman*

*Filed in open court this _____ day,*

*of _____ A.D. 20 _____*

_____
*Clerk*

*Bail, $ _____*

JOHN J. DURHAM, ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE - EDNY
610 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722
(631) 715-7851