# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2013 ★

USAO# _____2013R00227 72_____ 13cr72(S-1)

**LONG ISLAND OFFICE**

1.    Title of Case:  __United States v. Marcos Alonso Zea__

2.    Related Magistrate Docket Number(s)  _____

          None (  )

3.              Arrest Date:  _____

4.    Nature of offense(s):  ☒    Felony
                            ☐    Misdemeanor

5.    Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6.    Projected Length of Trial:    Less than 6 weeks    ( X )
                                    More than 6 weeks    (   )

7.    County in which crime was allegedly committed:  ___Suffolk___  (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.     Has this indictment been ordered sealed?          (X) Yes    (  ) No

9.     Has arrest warrant been ordered?                  (X) Yes    (  ) No

10.    Is a capital count included in the information?    (  ) Yes    (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
John J.Durham, AUSA
(631) 715-7851

Rev. 10/01/03