JJD:SDD
F.#2013R00227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    NOTICE

    - against -

MARCOS ALONSO ZEA,
    also known as "Ali Zea,"

              Defendant.

- - - - - - - - - - - - - - - - - -X

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its Attorney, Loretta E. Lynch, United States Attorney for the Eastern District of New York, hereby provides notice to the defendant MARCOS ALONSO ZEA, also known as "Ali Zea," and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant

to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:     November 14, 2013
           Central Islip, New York


                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney


                    By:     /s/
                          _____
                          John J. Durham
                          Seth D. DuCharme
                          Michael Canty
                          Assistant United States Attorneys
                          Eastern District of New York