**MARC BOGATIN**
ATTORNEY AT LAW
277 Broadway
Suite 900
New York, NY 10007

TELEPHONE
212-406-9065
FAX
212-406-1560

April 8, 2015

Honorable Sandra J. Feuerstein
United States District Judge
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:  United States v. Marcos Zea
         13 Cr. 072 (SJF)

Dear Judge Feuerstein:

  I write this letter on behalf of Marcos Zea, to dispute the following factual assertions in the PSI:

  a.  PSI, p.6, ¶ 11: "Zea agreed with others to travel overseas in order to join AQAP in January 2012." Zea disputes that he conspired with others to travel to Yemen in January 2012. This trip was to be a solo trip, and Zea did not agree with others to take this trip. Later, in 2012, Zea was aware of Kaliebe's trip, and Zea did give Kaliebe money for that trip, as Zea acknowledged in his plea;

  b.  PSI, p.6, ¶ 11: referring to Zea's attempted January 2012 trip, "The purpose of this trip was to kill his perceived enemies." Zea disputes this.

  c.  PSI, p. 6, ¶ 11: Zea used a rifle to train in preparation for his trip. Zea disputes this. Zea did purchase a rifle, and did engage in target shooting at a rifle range. This, however, was 6-12 months prior to his attempted trip, and was not in connection with the attempted trip.

MARC BOGATIN

Honorable Sandra J. Feuerstein
April 8, 2015
Page 2

      d.  PSI, p. 6, ¶ 11: "Zea wanted Kaliebe to join him on this trip"—i.e., Zea's attempted January 2012 trip.  As stated above, Zea intended to take this trip alone, and did not intend to travel with Kaliebe.  Zea does not dispute, however, that Zea was aware of Kaliebe's trip—separate from Zea—planned much later.

Respectfully,

MARC BOGATIN

cc:   All Counsel of Record--via ECF
      USPO Steven Guttman

Zea.JUDGE FEUERSTEIN ltr.04.06.15