UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RE~

NOV ~ ~ ~~~~

**EDNY PRO SE OFFICE**

MARCOS ALONSO ZEA,                    )
            Petitioner,               )
                                      )
v.                                    )  Case No. 2:13-cr-00072-GRB-AKT-2
                                      )
                                      )
UNITED STATES OF AMERICA,             )
            Respondent.               )
_____ )

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  NOV 25 2024  ★
LONG ISLAND OFFICE

NOTICE OF APPEAL AND

REQUEST FOR APPOINTMENT OF COUNSEL

Comes now, MARCOS Alonso Zea, Petitioner, Pro se, seeks to give notice to this Honorable Court that Petitioner wish to appeal this court October 8th, 2024 decision order **denying** **180** Motion to Reduce Sentence; Challenging his 300-month sentence arguing sentence disparity and rehabilitaion. Petitioner further seeks for this court appointment of counsel to represent him in these matters.

The Petitioner believes that this court was biased in its decision and did not give real consideration of the offénse, Petitioner's role in the offense versus his co-defendant played in the offense  as well as during the entire judicial proceedings and actions having caused **fear** in the Judge leading the Judge to recuse himself from the case. Also the many many programs which the Petitioner have taken and **completed** during his incarceration.

Dated: 10/31/24

Marcos A. Zea

Marcos Alonso Zea, #82864-053
Thomson Federal Corr. Inst.
Post Office Box 1002
Thomson, Illinois  61285


REC'D IN PRO SE OFFICE
NOV 25 '24 PM2:35

Marcos Alonso-Zea, #82864-053
Thomson Federal Correctional Institution
Post Office Box 1002
Thomson, Illinois  61285

QUAD CITIES IL P&DF
IL 612 1 T
21 NOV 2024 PM

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 25 2024   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
Eastern District of New York
ATTN: Office of the Clerk
100 Federal Plaza
Central Islip, New York  11722