MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand twenty-five,

_____

United States of America,

        Appellee,

  v.

Justin Kaliebe,  AKA Umar Abdur-Rahman,  AKA Justin Russi,  AKA Omar,  AKA Omar,

        Defendant,

Marcos Alonso Zea,  AKA Ali Zea,  AKA Omar,

        Defendant - Appellant.

_____

**ORDER**
Docket No. 24-3133

A notice of appeal was filed on November 25, 2024. The filing fee of $605.00 was due to be paid to the district court by January 9, 2025. The case is deemed in default.

Instructions for moving for _in forma pauperis_ status are provided in the Court's instructions entitled "_How to Appeal a Criminal Case in the United States Court of Appeals for the Second Circuit_". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective February 18, 2025 unless by that date appellant either pays the fee in full, moves for _in forma pauperis_ status in district court or, if district court has denied _in forma pauperis_ status, moves in this Court for _in forma pauperis_ status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 12/15/2025